IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA DIANE BELYEU | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:13-CV-03177 |
| | § | |
| CHRISTUS HEALTH | § | |
| | § | |
| Defendant. | § | |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: __2-3 Days__      Jury: _____      Non-Jury: __X__

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:                                    __2/7/14__
      The attorney causing the addition of new parties must provide
      copies of this Order to new parties.
   (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
      Plaintiff shall be filed by:                                    __2/21/14__
      (**Absent parties' agreement or court approval, answers** may not be amended
      more than 21 days after this date. **Answers to amended claims and counterclaims**
      are due 21 days after amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion. DUE DATE:                                    __3/14/14__

3. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion. DUE DATE:                                    __5/2/14__

4. **DISCOVERY** must be completed by: _____6/20/14_____
   Written discovery requests are not timely if they are filed so close to
   this deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**
   _____ **Required**;   __✓__ **Strongly suggested**                              JD JB
   _____ **Parties' Option**
   **ADR TO BE COMPLETED** by: _____7/11/14_____  JD JB
                                ~~7/18/14~~

                                                        _____7/30/14_____  JD JB
6. **DISPOSITIVE MOTIONS** will be filed by: ~~9/12/14~~

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho*                JD JB
   motions, but *not* including other motions in limine) will be filed by: __7/30/14__
   (Typically this date will match ¶ 6.)                                  ~~9/12/14~~

8. **JOINT PRETRIAL ORDER** will be filed by: _____10/10/14_____
   Plaintiff is responsible for timely filing the complete Joint Pretrial
   Order in the form set forth in the published Court's Procedures.
                                                   3  JD JB
9. **DOCKET CALL** is held in Courtroom 9-F, starting at ~~4~~:00 p.m.
   on the date listed here. (The Court will set this date.)  __10/20/14__
   Absent parties' agreement, no documents filed within 5 days before
   the Docket Call will be considered at Docket Call without prior permission
   of the Court to late file.

_Dec. 9, 2013_                             _____/s/ Nancy F. Atlas_____
         Date                                    NANCY F. ATLAS
                                             UNITED STATES DISTRICT JUDGE


**APPROVAL REQUESTED:**

                          as amended
__/s/ Steven C. Barkley*__  _Steven Barkley_   __12-9-13__
Counsel for Plaintiff(s)       /s/ by permission   Date
                                    SRD
                   as amended
__/s/ Scott R. Davis__ _____    __12-9-13__
Counsel for Defendant(s)                Date


*Electronically signed by permission