IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA DIANE BELYEU | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:13-CV-03177 |
| CHRISTUS HEALTH | § § | |
| Defendant. | § § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

Plaintiff Linda Diane Belyeu nonsuits and dismisses this action with prejudice to the re-filing of same.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this case agree to the dismissal of this action with prejudice and have signed this stipulation through their respective counsel.

Respectfully submitted,

/s/ Steven C. Barkley
**Steven C. Barkley**
Attorney at Law
State Bar No. 01750500
3560 Delaware, Suite 305
Beaumont, Texas 77706
Phone: (409) 899-2277
Fax: (409) 899- 2477
BaylorLawyer@aol.com

**ATTORNEY FOR PLAINTIFF**

-and-

 /s/ Danya W. Blair
**Danya W. Blair**
**Attorney in Charge**
State Bar No. 00790315
Federal I.D. No. 18239
BEIRNE, MAYNARD & PARSONS, L.L.P.
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0220
Fax: (210) 582-0231
dblair@bmpllp.com

**Scott R. Davis**
Texas Bar No. 24059660
Federal I.D. No. 873625
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056-3000
Telephone:  (713) 623-0887
Facsimile:    (713) 960-1527
srdavis@bmpllp.com

**ATTORNEYS FOR DEFENDANT**
**CHRISTUS HEALTH**

## CERTIFICATE OF SERVICE

I certify that on the 27th day of June, 2014, the foregoing instrument was served via facsimile and the Court's ECF system to counsel listed below:

Steven C. Barkley　　　　　　　　　　　　　　　　　　　　　　　　　　　*Via Fax*
3560 Delaware, Suite 305
Beaumont, Texas 77706

 /s/ Scott R. Davis
Scott R. Davis

2