IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA DIANE BELYEU, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-3177 |
| | § | |
| CHRISTUS HEALTH, | § | |
| Defendant. | § | |

## ORDER

Pursuant to Plaintiff Linda Diane Belyeu's Stipulation of Dismissal Under

Rule 41(a)(1)(A)(ii) [Doc. # 30], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this **27**th day of **June, 2014**.

_____
Nancy F. Atlas
United States District Judge